```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**HERBERT ESTES**                                              **CIVIL ACTION**

**VERSUS**                                                     **NO. 05-3305**

**WARDEN BURL CAIN**                                           **SECTION "I"(5)**

<u>**ORDER**</u>

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Herbert Estes for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this ____25th____ day of March, 2008.

```
                              _____
                                      LANCE M. AFRICK
                              UNITED STATES DISTRICT JUDGE
```